FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. MACIEL, SR., <br><br> Petitioner, <br><br> vs. <br><br> MATTHEW CATE, et al., <br><br> Respondents. | Case No. CV 10-7089-AG (RNB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting in Part Magistrate Judge's Findings and Recommendations filed herewith,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: Sept 6, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE